1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for LEON SMITH

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR No. 02-40123-DLJ (LB) |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | PRELIMINARY HEARING; |
| ) | [PROPOSED] ORDER |
| LEON SMITH, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the RULE 32.1(b)(1) PRELIMINARY HEARING date of February 14, 2012, presently scheduled at 9:30 a.m., before the Honorable Laurel Beeler, be vacated and re-set for February 23, 2012, at 9:30 a.m. The defendant stipulates that a hearing date of February 23, 2012 meets the "prompt hearing" requirement of that Rule.

The reason for this request is that defense counsel would like additional time to review the case and discuss it with Mr. Smith and opposing counsel prior to proceeding with the hearing. Defense counsel has been advised that an indictment is forthcoming, as well.

DATED: Feb. 13, 2012          /s/
                              JENNIFER GASPAR
                              Special Assistant United States Attorney

- 1 -

1 | DATED: Feb. 13, 2012                    /s/ John Paul Reichmuth
2 |                                          JOHN PAUL REICHMUTH
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

<u>UNITED STATES OF AMERICA VS. LEON SMITH</u>

# ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the PRELIMINARY HEARING date of February 14, 2012, presently scheduled at 9:30 a.m., before the Honorable Laurel Beeler, be vacated and re-set for February 23, 2012, at 9:30 a.m.

DATED: February 15, 2012    _____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE